UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DEBRA C. GRUNDER,

                          Plaintiff,

v.                                                     5:14-CV-00550 (GLS/TWD)

ELDERWOOD HEALTHCARE AT BIRCHWOOD,

                          Defendant.
_____

APPEARANCES:

DEBRA C. GRUNDER
Plaintiff pro se
79 Gildner Road
Central Square, New York 13036

**THÉRÈSE WILEY DANCKS**, United States Magistrate Judge

## ORDER

On July 11, 2014, the Court denied Plaintiff motion to proceed *in forma pauperis* (Dkt. No. 2) without prejudice because the application contained an apparent inaccuracy as to Plaintiff's income. (Dkt. No. 4.) The Court permitted Plaintiff to apply again for *in forma pauperis* status, directing her to submit a new signed and fully completed and accurate application within thirty (30) days of the date of the order. *Id.* The Court advised Plaintiff that if

she failed to file such an application within thirty (30) days, she would be required to pay the $400.00 filing fee in order to proceed with this case.[1] *Id.*

More than thirty days have passed and Plaintiff has not submitted a new motion to proceed *in forma pauperis*. Plaintiff is thus required to pay the $400.00 filing fee in order to proceed with this case. Plaintiff is directed to submit that fee within thirty (30) days of this order. If Plaintiff fails to submit the fee, her case will be dismissed by the assigned district court judge.

**WHEREFORE**, based upon the findings above, it is

**ORDERED** that Plaintiff pay the $400.00 filing fee within thirty (30) days of this order.

**ORDERED** that the Clerk provide Plaintiff with a copy of this Order.

Dated: October 1, 2014
Syracuse, New York

Thérèse Wiley Dancks
United States Magistrate Judge

---

[1] No determination as to the sufficiency of the complaint has been made at this time.